# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE DIVISION

| | |
|---|---|
| In re: <br>     JAMES D. CHIARAMONTE, JR. <br><br> Debtor(s) | Case No. 19-11481 TA |

**CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT**

    Tiffany M. Cornejo, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/20/2019.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/07/2019.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $44,733.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,731.00 |
| Less amount refunded to debtor | $1,731.00 |

**NET RECEIPTS:** $0.00

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor: $106.31

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1st Progress/1st Equity | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| Aiken Regional Medical Center | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| Amber Chiaramonte | Unsecured | 0.00 | 26,159.00 | 26,159.00 | 0.00 | 0.00 |
| Amber Chiaramonte | Priority | 0.00 | 83,399.88 | 83,399.88 | 0.00 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE | Secured | 18,773.00 | 18,403.94 | 18,403.94 | 0.00 | 0.00 |
| Ascendium Education Solutions Inc. | Unsecured | NA | 79.01 | 79.01 | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 21,900.00 | NA | NA | 0.00 | 0.00 |
| Cavalry SPV I, LLC | Unsecured | 3,886.00 | 3,886.92 | 3,886.92 | 0.00 | 0.00 |
| Deutsche Bank National Trust Company | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 1,895.00 | 1,894.76 | 1,894.76 | 0.00 | 0.00 |
| Feb-Retail | Unsecured | 4,858.00 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Company, LLC | Unsecured | 26,159.00 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Company, LLC | Unsecured | 21,953.00 | NA | NA | 0.00 | 0.00 |
| GBS/First Electronic B | Unsecured | 4,858.00 | NA | NA | 0.00 | 0.00 |
| Georgia Dept of Revenue Compliance Div | Priority | 2,200.00 | 3,855.76 | 3,855.76 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 7,000.00 | 43,760.63 | 43,760.63 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 27,924.54 | 27,924.54 | 0.00 | 0.00 |
| Laboratory Corp of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc. | Unsecured | NA | 2,305.76 | 2,305.76 | 0.00 | 0.00 |
| Navient Attn: Bankruptcy Unit | Unsecured | 6,625.00 | NA | NA | 0.00 | 0.00 |
| NEW MEXICO TAXATION & REVENU | Priority | 1,800.00 | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| NEW MEXICO TAXATION & REVENU | Secured | 0.00 | 1,857.45 | 1,857.45 | 0.00 | 0.00 |
| NEW MEXICO TAXATION & REVENU | Unsecured | 0.00 | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,164.00 | 1,022.14 | 1,022.14 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,842.00 | 2,641.61 | 2,641.61 | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | Unsecured | NA | 3,102.23 | 3,102.23 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 2,306.00 | 1,168.15 | 1,168.15 | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 18,654.00 | 19,096.96 | 19,096.96 | 0.00 | 0.00 |
| SYNCB | Unsecured | 1,650.00 | NA | NA | 0.00 | 0.00 |
| TD Bank | Unsecured | 443.00 | NA | NA | 0.00 | 0.00 |
| U.S. Department of HUD | Secured | NA | 19,535.36 | 19,535.36 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| United Mortgage Corp | Secured | 0.00 | 2,911.85 | 2,911.85 | 0.00 | 0.00 |
| United Mortgage Corp | Secured | 253,537.00 | 250,019.66 | 250,019.66 | 0.00 | 0.00 |
| United Mortgage Corp | Secured | 0.00 | 231.02 | 231.02 | 0.00 | 0.00 |
| Urgent MD, LLC | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| Verizon by American InfoSource as agent | Unsecured | NA | 428.31 | 428.31 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $269,555.02 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,911.85 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $37,500.90 | $0.00 | $0.00 |
| All Other Secured | $2,088.47 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$312,056.24** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $83,399.88 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $49,616.39 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$133,016.27** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$72,612.43** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/13/2020          By: /s/ Tiffany M. Cornejo
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**